# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-7123**  **September Term, 2020**

**1:17-cv-00495-CKK**

**Filed On: May 3, 2021** [1897024]

Georgia A. Stewart,

    Appellant

  v.

District of Columbia,

    Appellee

## M A N D A T E

In accordance with the judgment of January 27, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:    /s/
                          Daniel J. Reidy
                          Deputy Clerk

Link to the judgment filed January 27, 2021